UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 05 329T

| | | |
|---|---|---|
| DIANE E. SHERMAN and BRIAN V. COLICCI, TRUSTEES, Plaintiffs | ) | |
| | ) | C.A. No. |
| v. | ) | |
| | ) | |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, Defendants | ) | |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant Transamerica Occidental Life Insurance Company (hereinafter "Transamerica" or "Defendant") removes this action to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. §§ 1332 and 1441 *et seq.* The grounds for removal are:

1. Plaintiffs Diane E. Sherman and Brian V. Colicci, Trustees, commenced this action in the Washington County Superior Court at Wakefield, Rhode Island, entitled Sherman, et al. v. Transamerica Occidental Life Insurance Company, WC No. 05-0396. A true and correct copy of the Complaint filed by plaintiffs is attached to this Petition as Exhibit A.

2. Upon information and belief, as alleged in the Complaint, Plaintiff Diane E. Sherman, Trustee, was, at the commencement of this action, and is now an adult residing in the Town of South Kingstown, Rhode Island, and is a citizen of the State of Rhode Island, and of no other state. Additionally, upon information and belief, as alleged in the Complaint, Plaintiff Brian V. Colicci, Trustee, was, at the commencement of this action and is now an adult residing in the City of Phoenix, Arizona, and is a citizen of the State of Arizona, and of no other state.

3. Upon information and belief, as alleged in the Complaint, the beneficiaries of the Trust, if any, are citizens of Rhode Island and Arizona.

4. Defendant Transamerica was, at the commencement of this action, and is now, incorporated in the State of Iowa, has its principal place of business in Iowa, and is a citizen of Iowa.

5. Plaintiffs seek reformation of a certain life insurance policy, changing the beneficiaries designated from Emily M. Sherman, Grant S. Sherman and Taylor A. Colicci to Diane E. Sherman and Brian V. Colicci as Trustees of the Jessie G. Colicci 1995 Irrevocable Trust. The proceeds of such policy are alleged by Plaintiffs to be $800,000.

6. This Court has original jurisdiction over this action under the provisions of 28 U.S.C. § 1332, in that the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

7. Pursuant to 28 U.S.C. § 1446(d), Defendant on this date will file a notice in the Superior Court of the State of Rhode Island, Washington County at Wakefield, notifying the Court of the filing of this petition. A copy of the Notice of Filing Petition for Removal to be filed in the Superior Court is attached as Exhibit B.

8. This Petition for Removal is filed within 30 days of receipt or notice by Defendant of Plaintiffs' Complaint.

WHEREFORE, Defendant Transamerica Occidental Life Insurance Company, having provided notice as required by law, now removes the above-captioned action from the Washington County Superior Court at Wakefield, Rhode Island to the United States District Court for the District of Rhode Island.

THE DEFENDANT,
TRANSAMERICA OCCIDENTAL
LIFE INSURANCE COMPANY,

BY: ______________________

Brooks R. Magratten, Esq., No. 3585
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: July 29 , 2005

CERTIFICATE OF SERVICE

TO:

A. Lauriston Parks, Esq.
10 Coronado Street
Jamestown, RI 02835

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Notice of Removal by first class mail, postage prepaid, on the 29th day of July, 2005.

______________________