STATE OF RHODE ISLAND
WASHINGTON, SC.

SUPERIOR COURT

DIANE E. SHERMAN and
BRIAN V. COLICCI, TRUSTEES,

Plaintiffs,

v.

TRANSAMERICA OCCIDENTAL
LIFE INSURANCE COMPANY,

Defendant.

C.A. NO.: 05-0396

JULY 29, 2005

**NOTICE OF FILING PETITION FOR REMOVAL**

PLEASE TAKE NOTICE that this case, previously pending in the Superior Court of Rhode Island, County of Washington, has been removed by Defendant to the United States District Court for the District of Rhode Island, pursuant to 28 U.S.C. §§ 1332 and 1441 *et seq.* A copy of the Petition for Removal that has been directed today to the United States District Court for the District of Rhode Island is attached hereto as Exhibit 1.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1446(d), this Court "shall proceed no further unless and until the case is remanded."

THE DEFENDANT,
TRANSAMERICA OCCIDENTAL
LIFE INSURANCE COMPANY,

By ____________________

Jeffrey M. Thomen
RI Bar #6738
MCCARTER & ENGLISH, LLP.
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)

## CERTIFICATE OF SERVICE

TO:

A. Lauriston Parks, Esq.
10 Coronado Street
Jamestown, RI 02835

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Notice Of Filing Petition For Removal by first class mail, postage prepaid, on the 29th day of July, 2005.

Melaine Tossetti