UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DIANE E. SHERMAN and | ) | |
| BRIAN V. COLICCI, TRUSTEES, | ) | |
| Plaintiffs | ) | C.A. No. 05-329/T |
| | ) | |
| v. | ) | |
| | ) | |
| TRANSAMERICA OCCIDENTAL | ) | |
| LIFE INSURANCE COMPANY, | ) | |
| Defendants | ) | |

**NOTICE OF FILING STATE COURT RECORD**

Please note that pursuant to Local Rule 36(b) and General Order #2003-01, defendant Transamerica Occidental Life Insurance Company files herewith certified copies of the state court docket sheet and the state court record.

Brooks R. Magratten, Esq., No. 3585
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

David A. Reif, Esq.
McCarter & English, LLP
CityPlace 1
185 Asylum Street
Hartford, CT 06103-3495
(860) 275-7600

Dated: August 9, 2005

**CERTIFICATE OF SERVICE**

TO:

A. Lauriston Parks, Esq.
10 Coronado Street
Jamestown, RI 02835

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Notice Of Filing State court Record by first class mail, postage prepaid, on the 9th day of August, 2005.

/s/ Melanie Gosetti