STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2005-0396 DIANE E SHERMAN V TRANSAMERICA OCCIDENTAL LIFE INS

Filing Date: 06-30-2005
Case Status: CLOSED AT FILING

Case Type: OTHER CIVIL ACTION
Status Date: 08-01-2005

| | |
|---|---|
| Plaintiff: DIANE SHERMAN<br>ID: @10275681 | Attorney: A PARKS |
| Plaintiff: BRIAN COLICCI<br>ID: @10275682 | Attorney: A PARKS |
| Defendant: TRANSAMERICA OCCIDENTAL LIFE INSURAN<br>ID: @10275684 | Attorney: JEFFREY THOMEN |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-30-2005 | COMPLAINT FILED | |
| 06-30-2005 | INITIAL FILING FEE | |
| 06-30-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCW28975. |
| 07-19-2005 | SUMMONS,PROOF OF SERVICE FILED | UPON TRANSAMERICA OCCIDENTAL----SERVED ON 7/12/05<br>Affiliated: TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY |
| 08-01-2005 | ENTRY OF APPEARANCE | FOR DEFT TRANSAMERICA OCCIDENTAL LIFE<br>Affiliated: THOMEN, JEFFREY M |
| 08-01-2005 | CASE REMVD TO US DISTRICT CT | Affiliated: TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY |
| 08-01-2005 | NOTICE OF REMOVAL | TO US DISTRICT COURT<br>Affiliated: TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY |
| 08-01-2005 | OTH DOCUMENT FILED AT FILING | Affiliated: TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY |

True Copy Attest

C. R. [signature]



Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island