UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
AUG 05 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DIANE E. SHERMAN and BRIAN V. COLICCI, TRUSTEES, Plaintiffs

v.

TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, Defendant

C.A. No. 05-0329/T

STIPULATION

Plaintiffs and defendant agree that defendant may have up to and including August 31, 2005 to answer or otherwise respond to the complaint.

A. Lauriston Parks, Esq.
Attorney for Plaintiffs
Ten Coronado Street
Jamestown, Rhode Island 02835
(401) 423-8900
(401) 423-2628 FAX

Brooks R. Magratten, Esq., No. 3585
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: August 2, 2005

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE: 8/9/05

CERTIFICATE OF SERVICE

To:

A. Lauriston Parks, Esq.
Ten Coronado Street
Jamestown, RI 02835

I hereby certify that I served on the above-named counsel of record a copy of the within Stipulation by mailing first class mail, postage prepaid, on the 4th day of August, 2005.

Melanie Gosetto