UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
AUG 2 2 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DIANE E. SHERMAN and
BRIAN V. COLICCI, Trustees
Plaintiffs

v. C.A. No. 05-0329/T

TRANSAMERICA OCCIDENTAL
LIFE INSURANCE COMPANY
Defendant

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Defendant Transamerica Occidental Life Insurance Company hereby moves that David A. Reif, Esq. be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which ________ counsel specializes:

- ✓ Defense counsel's long-standing representation of the client: Transamerica Occidental Life Insurance Company.

- The local trial bar lacks experience in the field of: ______________________.

- The case involves complex legal questions under the law of a foreign jurisdiction with which ______________ counsel is familiar, specifically: ______________________.

- The case requires extensive discovery in a foreign jurisdiction convenient to ______________ counsel, as follows: ______________.

- It is a criminal case, and ______________ counsel is defendant's counsel of choice.

- Other: ______________________.

Dated: 8/22/05

By: [signature]
Attorney for Defendant
Transamerica Occidental Life Ins. Co.
VETTER & WHITE
20 Washington Place
Providence, RI 023903
401-421-3060
401-272-6803 [fax]

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledged, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

David A. Reif, Esq.
Name

McCarter & English
Firm Name

185 Asylum Street
Business Address

Hartford, CT 06103

860-275-6700 Tel. #
860-724-3397 Fax#

Brooks R. Magratten, Esq.
Local Associate Counsel

3585
R.I. Bar #

Vetter & White
Firm Name

20 Washington Place
Business Address

Providence, Rhode Island 02903

401-421-3060 Tel. #
401-272-6803 Fax. #

---

ORDER: This motion is hereby Granted

Ernest C Torres / DP
U.S. District Judge
Date: 9/6/05