**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

DIANE E. SHERMAN and :
BRIAN V. COLICCI, TRUSTEES, :
Plaintiffs :

v C.A. NO. 05-0329/T

TRANSAMERICA OCCIDENTAL :
LIFE INSURANCE COMPANY :
Defendant :

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Now comes Plaintiffs, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and move this Court for an extension of time to and including September 26, 2005, within which to respond to the Defendant's motion to dismiss.

In support of this motion, Plaintiffs say that Defendant's Motion papers were served by mail on their attorney on August 30, 2005, while their attorney was out of state on vacation and that he did not receive the papers until September 6, 2005. In addition, Plaintiffs' attorney will require additional time within which to properly respond to Defendant's motion to Dismiss.

Plaintiffs
By their Attorney

A. Lauriston Parks, #0385
10 Coronado Street
Jamestown, RI 02835
(401) 423-8900 (Phone)
(401) 423-2628 (Fax)

**Proof of Service**

I hereby certify that on the 14 day of September, 2005, I mailed copy of the within Motion to Brooks R. Magratten, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903 and to David A. Reif, Esq., McCarter & English, LLP, City Place I, 185 Asylum Street, Hartford, CT 06103.

A. Lauriston Parks