**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

DIANE E. SHERMAN and :
BRIAN V. COLICCI, TRUSTEES, :
Plaintiffs :

v C.A. NO. 05-0329/T

TRANSAMERICA OCCIDENTAL :
LIFE INSURANCE COMPANY :
Defendant :

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Now comes Plaintiffs and object to Defendant's Motion to Dismiss this action. In support of this objection, Plaintiffs have filed a Memorandum contemporaneously herewith.

Plaintiffs
By their Attorney

A. Lauriston Parks, #0385
10 Coronado Street
Jamestown, RI 02835
(401) 423-8900 (Phone)
(401) 423-2628 (Fax)

**PROOF OF SERVICE**

I hereby certify that on the 20th day of September, 2005, I mailed copy of the within Motion to Brooks R. Magratten, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903 and to David A. Reif, Esq., McCarter & English, LLP, City Place I, 185 Asylum Street, Hartford, CT 06103.

A. Lauriston Parks

**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

DIANE E. SHERMAN and :
BRIAN V. COLICCI, TRUSTEES, :
Plaintiffs :

v C.A. NO. 05-0329/T

TRANSAMERICA OCCIDENTAL :
LIFE INSURANCE COMPANY :
Defendant :

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs instituted this action in the Washington County Superior Court in an attempt to fulfill the wishes of their deceased mother. Jessie G. Colicci had procured a policy of insurance on her life and created an Irrevocable Trust for the benefit of her grandchildren. Due to an oversight on the part of Ms Colicci's financial advisors, the ownership of the policy of life insurance was transferred to the Trust, but the Trust was not named as beneficiary of the policy. This error was not discovered until after Ms Colicci's death on February 25, 2005.

After this action was instituted in the Washington County Superior Court, Defendant, Transamerica Occidental Life Insurance Company, removed the action to this Court and now moves to dismiss it on the ground that the minor children are not parties to this action. Plaintiffs have now filed a motion to add their minor children as parties to this action and, a resolution of that motion by this Court should be sufficient to defeat Defendant's Motion to Dismiss.

Plaintiffs
By their Attorney

A. Lauriston Parks, #0385
10 Coronado Street
Jamestown, RI 02835
(401) 423-8900 (Phone)
(401) 423-2628 (Fax)

**PROOF OF SERVICE**

I hereby certify that on the 20th day of September, 2005, I mailed copy of the within Motion to Brooks R. Magratten, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903 and to David A. Reif, Esq., McCarter & English, LLP, City Place I, 185 Asylum Street, Hartford, CT 06103.

A. Lauriston Parks