**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

DIANE E. SHERMAN and :
BRIAN V. COLICCI, TRUSTEES, :
Plaintiffs :

v C.A. NO. 05-0329/T

TRANSAMERICA OCCIDENTAL :
LIFE INSURANCE COMPANY :
Defendant :

## MOTION TO JOIN PARTIES

Now comes Diane E. Sherman and Brian V. Colicci, Plaintiffs herein, and move this Court, pursuant to Rule 19 of the Federal Rules of Civil Procedure that their minor children, Emily M. Sherman, Grant S. Sherman and Taylor A. Colicci, be joined as parties in this action. In support of this motion, Plaintiffs have filed a memorandum contemporaneously herewith.

Plaintiffs
By their Attorney

A. Lauriston Parks, #0385
10 Coronado Street
Jamestown, RI 02835
(401) 423-8900 (Phone)
(401) 423-2628 (Fax)

## PROOF OF SERVICE

I hereby certify that on the 20th day of September, 2005, I mailed copy of the within Motion to Brooks R. Magratten, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903 and to David A. Reif, Esq., McCarter & English, LLP, City Place I, 185 Asylum Street, ~~Hartford, CT~~ 06103.

A. Lauriston Parks

**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

DIANE E. SHERMAN and :
BRIAN V. COLICCI, TRUSTEES, :
Plaintiffs :

v C.A. NO. 05-0329/T

TRANSAMERICA OCCIDENTAL :
LIFE INSURANCE COMPANY :
Defendant :

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO JOIN PARTIES**

Plaintiffs instituted this action in the Washington County Superior Court in an attempt to reform a policy of life insurance on the life of their deceased mother so that their mother's intentions would be fulfilled. Defendant, Transamerica Occidental Life Insurance Company removed the action to this Court has filed a Motion to Dismiss for failure to join indispensable parties.

Plaintiffs have now moved to join their minor children as parties to this action. The Plaintiffs request that a determination of whether their children should be Plaintiffs or Defendants should be made by the Court after the Court has had the benefit of a report from the guardian ad litem the Court appoints on October 12, 2005. If it is determined by the Court that the minor children should be added as parties Defendant, Plaintiffs respectively urge that subsequent to the joinder the action be remanded to the Washington County Superior Court for further proceedings.

Respectively Submitted
By their Attorney

A. Lauriston Parks, #0385
10 Coronado Street
Jamestown, RI 02835
(401) 423-8900 (Phone)
(401) 423-2628 (Fax)

**PROOF OF SERVICE**

I hereby certify that on the 20th day of September, 2005, I mailed copy of the within Motion to Brooks R. Magratten, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903 and to David A. Reif, Esq., McCarter & English, LLP, City Place I, 185 Asylum Street, Hartford, CT 06103.

A. Lauriston Parks