**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

DIANE E. SHERMAN and :
BRIAN V. COLICCI, TRUSTEES, :
Plaintiffs :

v C.A. NO. 05-0329/T

TRANSAMERICA OCCIDENTAL :
LIFE INSURANCE COMPANY :
Defendant :

**SUPPLEMENT TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

The Defendant, on Page 7 of its Memorandum in support of its Motion to Dismiss, contends that Plaintiff, Brian V. Colicci, will attempt to deprive the minor grandchildren of Jessie G. Colicci of a portion of the proceeds of the policy of life insurance. That is absolutely not the case. The affidavit of Brian V. Colicci and Sandra Colicci is attached hereto and made a part hereof.

Plaintiffs
By their Attorney

A. Lauriston Parks, #0385
10 Coronado Street
Jamestown, RI 02835
(401) 423-8900 (Phone)
(401) 423-2628 (Fax)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DIANE E. SHERMAN and<br>BRIAN V. COLICCI, TRUSTEES,<br>Plaintiffs | :<br>:<br>: | |
| v | | C.A. NO. 05-0329/T |
| TRANSAMERICA OCCIDENTAL<br>LIFE INSURANCE COMPANY<br>Defendants | :<br>:<br>: | |

**AFFIDAVIT OF BRIAN V. COLICCI AND SANDRA COLICCI**

Brian V. Colicci and Sandra Colicci, husband and wife, on oath depose and say:

1. That they are citizens of the State of Arizona and at times material hereto resided at 3547 East Windmere Drive, Phoenix, Arizona.

2. That they were the parents of Scott B. Colicci, who died on September 4, 2002.

3. That they have not, do not and will not assert any claim against the proceeds of the policy of insurance issued by Transamerica Occidental Life Insurance Company on the life of Jessie G. Colicci, which is the subject matter of this action, in behalf of Scott B. Colicci or the Estate of Scott B. Colicci, or in their own behalf as beneficiaries of the Estate of Scott B. Colicci.

4. It was, is and now their intention to have the proceeds of the aforementioned policy paid to Diane E. Sherman and Brian V. Colicci as Trustees under the Jessie G. Colicci – 1995 Irrevocable Trust, for the benefit of the beneficiaries of the policy, to wit, Emily M. Sherman, Grant S. Sherman, and Taylor A. Colicci.

Brian Colicci

**Brian V. Colicci**

Sandra Colicci

**Sandra Colicci**

STATE OF ARIZONA )
SS
COUNTY OF MARICOPA )

Subscribed and sworn to before me this 20Th day of September, 2005, by **BRIAN V. COLICCI.**

OFFICIAL SEAL
DIETRA J. POTTS
NOTARY PUBLIC – ARIZONA
MARICOPA COUNTY
My Comm. Expires Sept. 9, 2008

Dietra J. Potts
NOTARY PUBLIC
My Commission Expires:

STATE OF ARIZONA )
SS
COUNTY OF MARICOPA )

Subscribed and sworn to before me this 20th day of September, 2005, by **SANDRA COLICCI.**

Dietra J. Potts
NOTARY PUBLIC
My Commission Expires:

OFFICIAL SEAL
DIETRA J. POTTS
NOTARY PUBLIC – ARIZONA
MARICOPA COUNTY
My Comm. Expires Sept. 9, 2008

**PROOF OF SERVICE**

I hereby certify that on the 30th day of September, 2005, I mailed a copy of the within Memorandum to Brooks R. Magratten, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903 and to David A. Reif, Esq., McCarter & English, LLP, City Place I, 185 Asylum Street, Hartford, CT 06103.

A. Lauriston Parks