**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**


DIANE E. SHERMAN, ET AL.

Plaintiffs

      v.                                 C.A. No.  05-329T

TRANSAMERICA OCCIDENTAL LIFE
INSURANCE COMPANY

Defendant


<u>ORDER</u>

For reasons stated in open court on November 15, 2005, the case is voluntarily dismissed without prejudice.  The Plaintiffs' Motion to Join Parties is passed as moot.


By Order


_____
Deputy Clerk


ENTER:

_____
Ernest C. Torres
Chief Judge
Date: 11/18/05