**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DIANE E. SHERMAN, ET AL.

Plaintiffs

v. C.A. No. 05-329T

TRANSAMERICA OCCIDENTAL LIFE
INSURANCE COMPANY

Defendant

**ORDER**

For reasons stated in open court on November 15, 2005, the case is voluntarily dismissed without prejudice. The Plaintiffs' Motion to Join Parties is passed as moot.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 11/18/05